FILED

IN THE UNITED STATES DIDTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

AUG 27 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

PLAINTIFF'S EXHIBIT LIST

1. **Exhibit "D"**, pages 1-3-administrative complaint Plaintiff filed with US Postal Services on 8/23/99 regarding two consecutive delay of Plaintiff's legal mails via US Postal Services' certified mail # Z-264-180-463 which was delayed from 7/6/99 to 8/10/99 and certified mail # Z-383-909-360 which was not delivered at all.
2. **Exhibit "D-1"** is a copy of Plaintiff's properly addressed mail containing his bank statements being returned to the sender and marked "return to the sender unable to deliver as addressed."
3. **Exhibit "D-2"**- Plaintiff's complaint filed with US Postal Services on 12/28/15 informing US Postal Services that his mail were being return to the sender.
4. **Exhibit "B-2"**-Plaintiff administrative complaint filed with US Postal Services' Chief Postal Inspector. Arlington, TX, on 11/30/02, alleging multiple interference with Plaintiff's mails.
5. **Exhibit "E"**, pages 1-2 is a Houston Chronicle article of 1/25/00 regarding the sudden and mysterious death of Judge Chambers on 1/24/00.
6. **Exhibit "F"** is Associates Press 9/21/17, article regarding "very, unexpected and very sudden death of Judge McKinney on 9/20/17."
7. **Exhibit "W"** is a sample intravenous catheter (IV cath.) insertion training check list.

Attorney at Law
3700 Veterans Memorial Dr., Suite 140
Houston, Texas 77014

Z 264 180 463

MAIL

HOUSTON TX 77064
$3.660 $3.660 $3.660
$3.660 METER
JUL 02 99 3815

Mr. Wilson Eguwuenu
700 S. Center #T235
Arlington, Texas 76010

NAME
7-6-99
8-5
8-10

A

## Part III

**Postmaster** *(Office of Address)*
Indicate disposition of the Certified article described in Part II-B below.

1. a. If Records Indicate Delivery, Show Delivery Date: _____
   b. State Name of Individual, Company, or Organization Accepting Article: _____
2. If No Record of Delivery, Forward Parts I and II-C to Addressee: Date: _____
3. If No Response Is Received in 15 Days From Addressee, Check ☐ and Return Part III to the Postmaster, Office of Origin.
4. If Addressee Responds, Return All Parts of Form 1510 to Office of Origin.
5. If No Record of Delivery and Addressee Denies Receipt, Conduct Search for Article Before Returning Form to Office of Origin.

PS Form **1510**, April 1992

## Part IV

**Superintendent Dead Letter or Parcel Branch**
Conduct search for article described in Part II-B below.

1. Branch Serving Mailing Office

| a. Conducted Search On *(Date)* | b. Search Conducted By *(Name)* | c. Article Was ☐ Located   ☐ Not Located |
|---|---|---|

2. Branch Serving Addressee Office

| a. Conducted Search On *(Date)* | b. Search Conducted By *(Name)* | c. Article Was ☐ Located   ☐ Not Located |
|---|---|---|

3. If Article Was Located, It Was Forwarded to ☐ Sender   ☐ Addressee

S Form **1510**, April 1992

## Part II-B

**U.S. Postal Service**
**Mail Loss/Rifling Report**

1. Complaint Date: 8-23-99
2. Office Accepting Complaint (City and State): ARLINGTON, Texas — M.O.
3. Complaint: ☒ Loss   ☐ Rifling

4. Article Was Mailed By
   a. Name: WILSON EGWUENU
   b. Return Address As On Article Mailed: 700 S. Center #T235
   c. City: ARLington
   d. State: TX
   e. ZIP+4: 76010
   f. Day Telephone Number: (817) 276-1549

5. Article Was Addressed To
   a. Name: COUNTY Court At LAW #1
   b. Address As On Article Mailed: 301 FANNIN Rm 101
   c. City: Houston
   d. State: TX
   e. ZIP+4: 77002
   f. Day Telephone Number: 

6. Article Was Mailed
   a. Date: Month 08 Day 13 Year 99
   b. Time: ☒ AM ☐ PM

7. Article Was Sent: ☒ 1st-Class   ☐ Parcel Post   ☐ Other (Specify) _____

8. Type of Mail: ☒ Letter   ☐ Parcel   ☒ Other (Specify) FLAT

9. Special Services: ☐ Special Handling   ☐ Special Delivery   ☒ Certified No. Z 383-909-360   ☐ Return Receipt for Merchandise No. _____

10. Place of Mailing: ☒ Main Post Office  ☐ Station or Branch  ☐ Contract Station  ☐ Collection Box  ☐ Residence or Business

Name and/or Address of Location Checked: 300 E. South Street
City and State of Location Checked: ARLington  TX
ZIP+4 for Location Checked: 76004

12. Value

**2**

# Consumer Service Card

**UNITED STATES POSTAL SERVICE**

Name: Wilson Edgmont

Mailing Address (No. and Street, Apt. or Box No.): 700 S. Center Street #235

City or Town: Arlington
State: TX
ZIP Code: 76010

Date (Month, Day, Year): 8-13-99

No. G19 711 530

Customer Phone (8 a.m. - 5 p.m.): 776-1949

Is This: ☐ Information Request ☐ Suggestion ☒ Problem ☐ Compliment

**If This Is A Problem With A Specific Mailing, Please Complete The Following:**

**Did It Involve**
- ☐ Delay
- ☐ Nonreceipt (Prepare 1510)
- ☐ Damage
- ☐ Misdelivery
- ☐ Improperly Returned
- ☐ Change of Address
- ☐ Vending Equipment
- ☐ Window Services
- ☐ Personnel
- ☐ Other

**Was It**
- ☐ Letter
- ☒ Flat / Large Envelope
- ☐ Package
- ☐ Newspaper / Magazine
- ☐ Advertisement

**Was Mailing**
- ☐ First-Class
- ☐ Priority Mail
- ☒ Certified
- ☐ Registered
- ☐ Insured
- ☐ Express Mail
- ☐ Other

USPS USE ONLY
Recording Employee Name: [illegible] Ft. Ull
Date Customer Contacted: [illegible]
Describe USPS Action: [illegible]

**Please Give Essential Facts** (If change of address problem, please include previous address.):
Customer states that certified flat #Z 264 180 463 was never notified on 7-6-99. mailpiece indicates Customer received second notice on 8-5-99; this mailpiece contained legal documents and a court hearing date. Customer missed court hearing because of untimeliness of delivery.

PS Form 4314-C, January 1995    After noting customer contact, mail this copy under cover to the address on reverse.    ACTION COPY - 3

WELLS FARGO

For Return Mail Purposes Only
PO Box 5190
Sioux Falls, SD 57117-5190

PRESORTED
FIRST CLASS

US POSTAGE $00.391
OCT 02 2015
ZIP 55126
000464
21 3004841

DCD411DTQD 008075

WILSON E EGWUENU
PO BOX 3691
URBANDALE IA 50323-0691

NIXIE    503    FE 1260    0010/08/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 57117519090    *1567-07278-06-19

Wilson Egwuenu

P.O. Box 3691

Urbandale, IA 50323

12/23/15

To Postmaster

Urbandale, IA 50323

Dear Postmaster:

This is to inform you that my bank statements addressed to above post office box are being returned and marked as "not deliverable as addressed and unable to forward." The address on the statements are correct. This is third time and the third month that I am bringing this problem to your attention. Yet I am still having the same problem.

Please, it will be very much appreciated if you could correct this problem. I am looking forward to hearing from you.

Sincerely,

W. Egwuenu

Wilson Egwuenu



"D-2"

<span style="text-align:center">Wilson Egwuonwu
2310 Silverbrook Ln # 2110
Arlington, TX 76006
Nov. 30, 2002</span>

The Chief Postal Inspector
Arlington Postal Services
Arlington, Texas

Dear Sir:

I am sure you wish to be made aware of the appalling and shocking services I received from Arlington Postal Services for the past few years. Virtually all the important letters mailed to me through Arlington Postal Services has either been lost or delayed until the date they are needed expired. Due to the frequency and timing of the mishaps, I strongly believe that it is not just a mere coincidence; but deliberate acts.

Let me show you a few examples. A few years ago, I had a civil case in Houston, Texas, and one of the opposing attorneys mailed me some documents via certified mail. I had to respond to this letter before the Hearing. However, the mailman claimed that he dropped the certified mail notice slip in my mailbox, which I doubt and even if he did, I did not see it. Furhtermore, Instead of redeliverying the mail a few days later as he did on August 5, and 10, 1999, the mailman held on to the mail for thirty days until the Hearing date expired. Exhibit-1(certified mail #Z-264-180-463). After all the grief and inconveniences, I rescheduled the Hearing in Houston and again I mailed the Hearing Notice to the Court via certified mail #Z-283-909-360. I was dismayed again when the mailman held on the mail for another thirty days; the mail was delivered to the Court just a day after the hearing expired. Exhibit-2.

To add insult to injury, in Summer, 2002, I applied for admission to SMU-Dallas Texas, and I requested the University of Texas, at Arlington, to forward my official transcript to SMU. The transcript was lost in the mail. A few months later, I applied for admission to University of North Texas, Denton, Texas and I requested Tarrant County Junior college to send my official transcript to UNT; guess what, the transcript was lost in the mail.

To say that I was angered and disappointed with the services I received from Arlington Postal Services hardly scratches the surface; because just last month, I applied to have my RN license renewed and I received a duplicate copy instead of the original copy I applied for. When I spoke to a clerk at the Board of Nursing Examiner's office, I was told that the mailman told them that my original license copy was distroyed.

I do no know about you, but it looks like an identity theft in the making. As such Sir, it will be very much appreciated if you could investigate this matter and explain to me what is actually going on.

Sincerely,

"B"-2

1 of 1

# Longtime Harris County judge Chambers dies at age

**By RON NISSIMOV**
Houston Chronicle

Harris County Civil Court-at-Law Judge Eugene Chambers, 79, who also formerly served as a state district judge and county law librarian, was found dead at his Houston home Monday morning after he did not show up for work.

"Judge Chambers gave about 50 years to Harris County as the librarian for the Harris County Law Library and as a judge," said Harris County Civil Court-at-Law Judge Lynn Bradshaw-Hull.

"Many times Judge Chambers seemed to have a growly demeanor, but underneath he was a real gentle soul with a great sense of humor."

Bradshaw-Hull said she went to Chambers' home with firefighters after he did not report to work. No foul play seemed to be involved in the death. She said Chambers had a history of heart problems, but no cause of death had yet been determined.

"Judge Chambers was like clockwork. By the time he came to court every morning at 8:30, he had already breakfasted and walked three miles," Bradshaw-Hull said. "We knew something was wrong when he didn't show up."

Bradshaw-Hull said Chambers lived alone. She said she believed he is a widower with two adult children. No family members could be con-

tacted Monday, and no funeral arrangements were available.

Former State District Court Judge David West said Chambers first served as law librarian for about 20 years.

He said Chambers, a Republican, won the judgeship with the he Ronald Reagan landslide that was re-elected in 1988 and 19...

See **CHAMBERS** on F

---

the fire apparen... ...ng of the fire was ...tive them.

Dead at the ...

Dwayne Gilliam, 38.
Tyree Taylor, 10, Pearl Gilliam, 4, and Dystany Hubert, 16 months, were rushed to Hermann Hospital, where Taylor and Pearl Gilliam were pronounced dead.

Hubert suffered smoke inhalation and third degree burns on more than 15 percent of her body, and was in critical condition in the hospital's burn unit.

The children's mother, who neighbors said was across the street when the fire erupted, was at the hospital with her

See **FIRE** on Page 14A.

...day with burns and smoke inhalation injuries suffered in a fire that killed two other children and an adult in southeast Houston.

The blaze was reported just before 1 a.m. in the 8600 block of Dosie, where firefighters found a small wood frame house engulfed in flames.

Firefighters had to cut burglar bars away from the windows to get to the four victims inside.

It appeared the victims had been aware of the fire and had tried to escape, firefighters said.

But the fire started in the front of the

---

to violating the civil rights of an inmate without causing injury, said Guy Womack, a defense attorney.

Arnold, former Deputy David Cisneros, former jailer Robert Percival and former Capital Correctional Resources Inc. employee Wilton David Wallace were accused of abusing inmates at the county detention facility.

A video camera captured a 1996 jail shakedown showing the four kicking, shocking and turning a dog on prisoners.

Each was charged with violating former inmate Toby Haw...

See **RECUSAL** on ...

Cisneros...
Arnold, 50, was ... sentenced, on Jan. 18... lengthy proceeding, I edly said. "As we s... couple of the trials, the... to what those law enfor... ficers will do to avoid r... ity. They will lie, they... they will steal, they wi... over it takes."

Womack said he wa... when a colleague to... Hoyt's alleged statem... sounded like he was sa...

## Chambers
Continued from Page 13A.

In 1995, Chambers resigned as state district judge to run as county judge, because he would have had to retire at age 75 as state district judge, West said.

West said he presided over a 1993 recusal hearing in which plaintiffs claimed Chambers was sleeping during a trial involving a chemical leak at an Amarillo train wreck.

West said he found no cause to dismiss Chambers as presiding judge from the case, and after the two plaintiffs dropped their lawsuits because Chambers was allegedly sleeping and unfair to them.



asked him to show his identification at the downtown courthouse.

"He was a gruff but very loveable man," West said. "He always brought his staff to dinner once a week at the courthouse club."

In 1995, Chambers reportedly cursed at security guards who

"Even though I found him not guilty of sleeping on the bench, after that we always called him 'Sleepy,'" West said.

Harris County Commissioners Court will have responsibility for appointing Chambers' replacement.

## Recusal
Continued from Page 13A.

who testified (Cisneros and a co-defendant) lied at the first trial," Womack said. "It sounds like the judge had made a decision in his own mind that Cisneros was lying."

Womack said Hoyt's case manager told him Friday she did not recall if the judge had made remarks. He said he responded that he would ask Hoyt about the remarks in open court, today the date set for Cisneros' second trial — and ask Hoyt to recuse himself if the remarks were accurate.

By the end of Friday, Womack was notified that Hoyt had stepped down from the case without giving any reason.

"In looking at it objectively, the case must have developed the outside observer would think the judge had lost his objectivity," Womack said. "Judge Hoyt, being an

## Improvements for Tamina studied

CONROE — Montgomery County commissioners Monday agreed to vote on bringing water and sewerage to one of the county's poorest communities after hearing a plea from the neighborhood's supporters.

The Friends of Tamina, a group of residents from the prosperous communities surrounding Tamina, urged commissioners to ignore a recommendation by a county official to scuttle a plan to use federal funds for the improvements.

Commissioners agreed to put Tamina funding on their agenda in two weeks after hearing presentations backing the plan from the neighboring city of Oak Ridge North and state Sen. David Bernsen, D-Beaumont, whose district includes Tamina.

## Fire
Continued from Page 13A.

daughter Monday.

At Fairchild Elementary School, the flag flew at half staff for Taylor, who was a student there. Officials said counselors were at the school to talk with any of Taylor's classmates who might be upset over the boy's death.

Many of the family's neighbors were distraught as well, in the minutes before firefighters arrived, several neighbors tried desperately to save Dwayne Thompson and the children from the burning house.

Gilbert Dancy, who lives in the 8500 block of Dosia, said he could hear the victims' voices from the burning house.

"I could hear them, but I couldn't reach them," Dancy said.

Dancy and Charles Thompson, who lives nearby, ran a garden hose to the window of the house to try to soak and cool the victims until help got there.

When none of the home's windows could be opened, a friend Thompson found a hatchet and tried to chop through a wall with no success.

Fire Department Assistant Chief Rick Flanagan said the official saw that firefighters used cut burglar bars easily — "but until we get there."

"It doesn't take long to be asphyxiated from toxic smoke," Flanagan said.

Those considering burglar bars for their homes should try to get ones with mechanisms that sort to be opened easily from inside.

# Senior federal judge Larry McKinney dies at age 73

Associated Press    Published 1:33 p.m. ET Sept. 21, 2017



(Photo: Robert Scheer)

Federal court officials in Indianapolis say senior U.S. District Judge Larry J. McKinney has died at age 73.

Court spokeswoman Doria Lynch says McKinney died overnight but the time of his death has not yet been determined.

Lynch says McKinney's death was "very unexpected and very sudden and a shock to all of us."

The court announced McKinney's death in a statement Thursday asking for prayers for his wife, children and grandchildren.

McKinney was appointed a district court judge for the Southern District of Indiana in July 1987. He became a senior judge in July 2009.

Prior to joining the federal court McKinney served more than eight years as a Johnson Circuit Court judge. He previously was a state deputy attorney general and had worked in private practice.

Read or Share this story: http://indy.st/2ygBu3p


"F"

## IV INSERTION

**NAME:**

|  | Completed | Not Completed |
|---|---|---|
| 1. Confirms correct patient (student states) |  |  |
| 2. Obtain informed consent<br>• Indication for IV<br>• Complications – pain, bleeding, nerve damage, fainting |  |  |
| 3. Check that all necessary equipment is available |  |  |
| 4. Flush saline lock |  |  |
| 5. Wash hands |  |  |
| 6. Apply tourniquet. |  |  |
| 7. Identify insertion site |  |  |
| 8. Put on gloves |  |  |
| 9. Clean insertion point. Must use at least 3 wipes with swab. |  |  |
| 10. Insert needle superficially with bevel side up; with flashback of blood advances the catheter over the needle. |  |  |
| 11. Remove tourniquet to release pressure on vein. |  |  |
| 12. Using one finger to put pressure at the end of the catheter to stop blood flow, removed the needle. (if using needleless device, retracted the needle first). |  |  |
| 13. Disposed of needle in Sharps container <u>without</u> recapping. |  |  |
| 14. Attach saline lock. |  |  |
| 15. Flush IV with saline to ensure patency. |  |  |
| 16. Thoroughly secure cannula with tape. |  |  |
| 17. Documents procedure in patient's chart (examinee can state this) including location of IV and any complications. |  |  |
| 18. Patient comfort was priority |  |  |
| 19. Maintained sterility appropriately throughout the procedure. |  |  |

**RESULT (CHECK ONE):**   SATISFACTORY_____   REQUIRES ADDITIONAL TRAINING_____

**EXAMINER NAME:**_____

