# United States District Court

for the
Southern District of Indiana

WILSON EGWUENU )
)
*Plaintiff,* )
)
vs. )   Cause No:
HON. MEGAN BRENNAN, )
CHARLES SCHWAB & Co., and )
ST. VINCENT HOSPITAL, INDIANAPOLIS )   **1 :1 9**-cv-**3 6 6 1** SEB -TAB
)
)
)
*Defendants.* )

## SUMMONS IN A CIVIL ACTION

TO:  HON. MEGAN BRENNAN
475 L'Enfant Plaza SW
Washington, DC 20260

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

US Attorney's Office Indianapolis
10 W. Market St. # 2100
Indianapolis, 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*
Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.


I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                         *Server's Signature*


                                         _____

                                         *Printed name and title*


                                         _____

                                         *Server's address*

Additional information regarding attempted service, etc.

# United States District Court

for the

Southern District of Indiana

WILSON EGWUENU )
)
*Plaintiff,* )
)
vs. )           Cause No:
HON. MEGAN BRENNAN, )
CHARLES SCHWAB & Co., and
ST. VINCENT HOSPITAL, INDIANAPOLIS )     **1 : 19-cv- 3 6 6 1 SEB -TAB**
)
)
)
*Defendants.* )

### SUMMONS IN A CIVIL ACTION

TO:  CHARLES SCHWAB & CO.
c/o Mr. Walter Bettinbger
211 Main St.
San Francisco, CA 94105

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

Unknown

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

### PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $_____ for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                     *Server's Signature*


                                     _____
                                     *Printed name and title*


                                     _____
                                     *Server's address*

Additional information regarding attempted service, etc.

# United States District Court

for the
Southern District of Indiana

WILSON EGWUENU                              )
                                            )
                 *Plaintiff,*               )
                                            )
        vs.                                 )          Cause No:
HON. MEGAN BRENNAN,                         )
CHARLES SCHWAB & Co., and                   )
ST. VINCENT HOSPITAL, INDIANAPOLIS          )          **1 : 19-cv- 3661 SEB -TAB**
                                            )
                                            )
                                            )
                 *Defendants.*              )

## SUMMONS IN A CIVIL ACTION

TO:  ST. VINCENT HOSPITAL, INDIANAPOLIS
     c/o Dr. Joel Feldman
     2001 W. 86th St.
     Indianapolis, IN 46260

          A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting
the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or
employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an
answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer
or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

Unknown

          If you fail to respond, judgment by default will be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.

                                        *CLERK OF COURT*

Date: _____          _____

                                        *Signature of Clerk or Deputy Clerk*
                                                            Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $_____ for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____       _____
                                *Server's Signature*


                                _____
                                *Printed name and title*


                                _____
                                *Server's address*

Additional information regarding attempted service, etc.