Wilson Egwuenu

P.O. Box 441675

Indianapolis, 46244

August _____, 2019

Via US Postal Services' Certified Mail #_7018-3090-0001-1673-5393 or

US Postal Services priority mail # _____

US District Court Clerk

46 E. Ohio St.

Indianapolis, In 46204

Dear Court Clerk:

1. Enclosed herein are a) $400.00 money order; b) summons for each defendant, c) postage paid self-addressed envelope, and d) 2 copies of the following documents:
   a) Cover sheet;
   b) Complaint;
   c) Exhibit list;
   d) Plaintiff's motion for a court appointed counsel;
   e) Motion for appointment of a master;
   f) Plaintiff's motion for injunction order;
   g) 31st cause of action (RICO);
   h) Prosed order granting Plaintiff's motion for a court appointed master and Plaintiff's motion for injunction order.
2. Please, court mark them, take your copy, and return the remaining copies in the enclosed self-addressed envelope.

Thanks

*W. Egwuenu* (signature)
W. Egwuenu