**PRIORITY MAIL**

**PRIORITY MAIL**

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

USED INTERNATIONALLY, CUSTOMS DECLARATION MAY BE REQUIRED.

Retail

UNITED STATES POSTAL SERVICE.

US POSTAGE PAID
$11.80
Origin: 46204
08/26/19
1715560013-16

PRIORITY MAIL 1-DAY ®

3 Lb 8.40 Oz
1005

EXPECTED DELIVERY DAY: 08/27/19

C009

SHIP TO:
46 E OHIO ST
INDIANAPOLIS IN 46204-1903

USPS SIGNATURE TRACKING NUMBER

9510 8122 3071 9238 3230 05

RECEIVED
AUG 27 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA





**PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
P.O. Box 441675
Indianapolis, IN 46244

TO:
US District Court Clerk
46 E. Ohio St.
Indianapolis, IN 46204