# EXHIBIT N



**U.S. Department of Justice**

United States Attorney
Southern District of Indiana

---

10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048

(317) 226-6333
TDD (317) 226-5438

FAX NUMBERS:
Criminal (317) 226-6125
Administration (317) 226-5176
Civil (317) 226-5027
FLU (317) 226-6133
OCDETF (317) 226-5953

December 18, 2019

Wilson Egwuenu
P.O. Box 441675
Indianapolis, IN 46244

Re: *Egwuenu v. Brennan*, No. 1:19-cv-03661 (S.D. Ind.)
 **Meet & Confer Request pursuant to Fed. R. Civ. P. 11 and S.D. Ind. L.R. 7–1**

Dear Mr. Egwuenu:

As you know, I represent Defendant Megan J. Brennan, in her official capacity as Postmaster General of the United States, in your most recent lawsuit, *Egwuenu v. Brennan*, No. 1:19-cv-03661 (S.D. Ind.). In this lawsuit, you assert substantially the same allegations as those you made—and lost—in prior suits. *See, e.g., Egwuenu v. Brennan*, No. 1:17-cv-01691 (S.D. Ind.); *Egwuenu v. Potter*, No. 1:11-cv-01395 (S.D. Ind.); *Egwuenu v. Defur*, No. 1:10-cv-01462 (S.D. Ind.); *Egwuenu v. Mueller*, No. 1:09-cv-01026-WTL-TAB (S.D. Ind.). Indeed, in dismissing your most recent prior suit, the Southern District of Indiana characterized your claims as "frivolous" and noted your history of filing suits for "nearly the same perceived grievances" against "substantially the same group of defendants." *Egwuenu v. Brennan*, No. 1:17-cv-01691-TWP-MPB, 2018 WL 1640661, at *2–3 (S.D. Ind. Apr. 5, 2018).

In spite of repeated dismissal of these claims, you have filed yet another suit against the same defendants (the Postmaster General, Charles Schwab, and St. Vincent Hospital), which copies and pastes the same allegations that have already been decided against you. *Compare, e.g.,* Complaint, *Egwuenu v. Brennan*, No. 1:19-cv-03661 (S.D. Ind. Aug. 27, 2019), ECF No. 1 *with* Plaintiff's First Amended Petition, *Egwuenu v. Brennan*, No. 1:17-cv-01691-TWP-MPB (S.D. Ind. Mar. 30, 2018), ECF No. 75. Defendants intend to move to dismiss your latest lawsuit in the near future.

In addition, based on your persistent and harassing conduct in repeatedly filing these lawsuits, on behalf of my client, I intend to file a motion, requesting that the Court identify you as a serial litigant and restrict your ability to file additional lawsuits without the Court's authorization. The other defendants, Charles Schwab and St. Vincent Hospital, intend to join in this motion. Accordingly, this correspondence is sent in an effort to satisfy Defendants' meet and confer requirement before bringing this motion.

Wilson Egwuenu
December 18, 2019

I do not have a telephone number or email address at which to reach you. By this correspondence, I am requesting that you contact me to discuss this anticipated motion. My direct contact information is (317) 229-2457 or taylor.kirklin@usdoj.gov.

If I do not hear from you by January 15, 2020, Defendants will assume that you do not intend to communicate with me regarding this anticipated motion, and we will proceed with filing the motion.

This correspondence is sent pursuant to Fed. R. Civ. P. 11 and S.D. Ind. L.R. 7–1.

Very truly yours,

J. Taylor Kirklin
Assistant United States Attorney

cc:   Jessica M. Lindemann (jessica.lindemann@btlaw.com)
      Brian L. McDermott (brian.mcdermott@jacksonlewis.com)