UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILSON EGWUENU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No: 1:19-cv-03661-SEB-TAB |
| | ) | |
| HON. MEGAN BRENNAN, CHARLES | ) | |
| SCHWAB & CO., and ST. VINCENT | ) | |
| HOSPITAL, INDIANAPOLIS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER IDENTIFYING WILSON EGWUENU AS A RESTRICTED FILER**

This case is before the Court on the Motion for Order Identifying Wilson Egwuenu as a Restricted Filer. The Court now **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that:

1.      The clerk shall create and maintain a miscellaneous file with the general title "In re Wilson Egwuenu." The miscellaneous file shall serve as the repository of this order, all documents proffered for filing by Mr. Egwuenu covered by the terms of this order for which authority to file is not granted, and any order or minute order entered pursuant to this order. The clerk shall also maintain a miscellaneous docket associated with the file. All orders retained in the file shall be entered on that docket following standard docketing procedures. A brief entry shall be made on the docket indicating the receipt of any materials from Mr. Egwuenu.

2.      Whenever Mr. Egwuenu proffers a document for filing, the clerk or the designated deputy shall accept the papers, stamp them "received" (rather than "filed") and forward them to the undersigned judge for review.

3.      The court will examine any documents tendered by Mr. Egwuenu and determine whether or not they should be filed. The court will deny leave to file the documents if they are merely duplicative of matters already litigated or currently pending or are legally frivolous.

4.      If the court enters an order denying leave to file the materials, the clerk shall retain the order and a copy of the materials in the miscellaneous file and cause a copy of the order to be mailed to Mr. Egwuenu.

5.      If the court enters an order granting leave to file the materials, the clerk shall cause the materials to be stamped "filed" as of the date of the order and shall cause the assignment of the case in the manner provided by local rules. The clerk shall also cause a copy of the order to be mailed to Mr. Egwuenu.

6.      The clerk shall mail a copy of this order to Mr. Egwuenu at P.O. Box 441675, Indianapolis, IN 46244.

APPROVED AND SO ORDERED this _____ day of _____ 2020.


_____
Judge, United States District Court
Southern District of Indiana


Distribution:

Wilson Egwuenu
P.O. Box 441675
Indianapolis, IN 46244

All ECF-registered counsel of record via email generated by the Court's ECF system.